IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01895-KLM

SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEM, INC.,

    Plaintiff/Counter Defendant

v.

BLUE CROSS AND BLUE SHIELD ASSOCIATION,

    Defendant/Counter Claimant

---

## STIPULATED ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

s/Kathryn A. Reilly
Kathryn A. Reilly
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: reilly@wtotrial.com

James Hastings
Joshua Paul
Collen IP
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, NY 10562
Telephone: 914.941.5668
Facsimile: 914.941.6091
Email: jhastings@collenip.com
       jpaul@collenip.com

*Attorneys for Plaintiff/CounterDefendant*

s/Garner K. Weng
Ian L. Saffer
Swanson & Bratschun, LLC
8210 Southpark Terrace
Littleton, CO 80120
Telephone: 303.268.0066
Facsimile: 303.268.0065
Email: ISaffer@sbiplaw.com

Garner K. Weng
Janie L. Thompson
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: 415.995.5081
Facsimile: 415.995.3522
Email: gweng@hansonbridgett.com
       jthompson@hansonbridgett.com

*Attorneys for Defendant/Counter Claimant*

**SO ORDERED:**

Dated: January 22, 2016

Hon. Kristen L. Mix
United States Magistrate Judge