IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01895-KLM

SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEM, INC.,

    Plaintiff/Counterclaim Defendant,

v.

BLUE CROSS AND BLUE SHIELD ASSOCIATION, INC.,

    Defendant/Counterclaim Plaintiff.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order** [#34] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#34] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#34] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: March 16, 2016