IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01895-KLM

SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEM, INC.,

    Plaintiff/Counterclaim Defendant,

v.

BLUE CROSS AND BLUE SHIELD ASSOCIATION, INC.,

    Defendant/Counterclaim Plaintiff.

_____

## ORDER OF UNITED STATES MAGISTRATE JUDGE
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Stipulation of Dismissal with Prejudice** [#57] (the "Stipulation).[1] The parties represent that they have entered into a settlement agreement and jointly request that this matter be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Procedure. The Stipulation is signed by counsel for all parties of record who have stipulated to dismissal with prejudice. Accordingly, IT IS HEREBY **ORDERED** that the Amended Complaint of Sisters of Charity of Leavenworth Health System, Inc. and the Counterclaims of Blue Cross and Blue Shield Association are dismissed with prejudice, with each party to bear its own costs. The Clerk of Court shall close this case.

IT IS FURTHER **ORDERED** that all deadlines and the following settings are

---

[1] "[#57]" is an example of the convention used to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). This Convention is used throughout this Order.

**VACATED**:

- Final Pretrial Conference set for April 27, 2017, at 10:30 a.m.,
- Trial Preparation Conference set for April 27, 2017, at 10:30 a.m.,
- Status Conference set for May 11, 2017, at 1:30 p.m.,
- Jury Trial set for May 15-23, 2017, at 9:00 a.m.

Dated:  January 26, 2017

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge